| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Marklyn Tyrone Johnson,   Court File No. _____
                                              Case Type: Civil
       Plaintiff,

vs.   **NOTICE AND ACKNOWLEDGMENT**
       **OF SERVICE**

SLM Corporation,

       Defendant.

TO:   SLM Corporation
       Attn: Legal Department
       300 Continental Drive
       Newark, DE 19713

    The enclosed summons and complaint are served pursuant to Rule 4.05 of the Minnesota Rules of Civil Procedure.

    **You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 20 days.**

    Signing this Acknowledgment of Receipt is only an admission that you have received the summons and complaint, and does not waive any other defenses.

    You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

    **If you do not complete and return the form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.**

    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

    I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on February 16, 2012.

**GALL & SIDERS, PLLC**

Dated: _____2/16/12_____

_____
Jordan E. Gall (#0391744)
IDS Center, Suite 900
80 S. Eighth Street
Minneapolis, MN 55402
Email: jordangall@gallsiders.com
Telephone: (612) 568-8731
Facsimile: (612) 466-3111

*Attorneys for Plaintiff*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter and that I am authorized to accept service on behalf of SLM Corporation.

_____
Signature

_____
Printed Name

_____
Date of Signature

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Marklyn Tyrone Johson,         Court File No. _____

       Plaintiff,        Case Type: Civil

vs.        **SUMMONS**

SLM Corporation,

       Defendant.

THIS SUMMONS IS DIRECTED TO SLM CORPORATION:

    1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

    2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at:

    **IDS Center, Suite 900**
    **80 S. 8th Street**
    **Minneapolis, MN 55402**

    3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

GALL & SIDERS, PLLC

Dated: 2/16/12

Jordan E. Gall (#0391744)
IDS Center, Suite 900
80 S. Eighth Street
Minneapolis, MN 55402
Email: jordangall@gallsiders.com
Telephone: (612) 568-8731
Facsimile: (612) 466-3111

*Attorneys for Plaintiff*